WILSON, APPELLANT, *v.* HUDSON, WARDEN, APPELLEE.

[Cite as *Wilson v. Hudson,* 127 Ohio St.3d 31, 2010-Ohio-4990.]

(No. 2010–1054—Submitted October 13, 2010—Decided October 20, 2010.)

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Lawrence E. Wilson, for a writ of habeas corpus. As the court of appeals properly held, habeas corpus is not available to raise Wilson's various claims. See *Shroyer v. Banks*, 123 Ohio St.3d 88, 2009-Ohio-4080, 914 N.E.2d 368, ¶ 1 (validity of charging instrument and ineffective assistance of counsel); *Durain v. Sheldon*, 122 Ohio St.3d 582, 2009-Ohio-4082, 913 N.E.2d 442, ¶ 1 (sentencing entry violating Crim.R. 32); *Cammon v. Brigano*, 101 Ohio St.3d 133, 2004-Ohio-316, 802 N.E.2d 656, ¶ 2, 4 (improper jury instructions and erroneous admission of "other acts" evidence); *Tucker v. Collins* (1992), 64 Ohio St.3d 77, 78, 591 N.E.2d 1241 (invalid waiver of counsel); *Junius v. Eberlin*, 122 Ohio St.3d 53, 2009-Ohio-2383, 907 N.E.2d 1179, ¶ 1 (actual innocence); *State ex rel. Jaffal v. Calabrese*, 105 Ohio St.3d 440, 2005-Ohio-2591, 828 N.E.2d 107, ¶ 5 (sentencing errors); *Bussey v. Maxwell* (1965), 2 Ohio St.2d 143, 144, 31 O.O.2d 236, 207 N.E.2d 244 (denial of right to fair trial); *Tucker v. McAninch* (1998), 82 Ohio St.3d 423, 696 N.E.2d 595 (due process); *Norris v. Wilson*, Richland App. No. 04 CA 33, 2005-Ohio-4594, 2005 WL 2106538 (violation of Crim.R. 43(A)). We deny appellant's motion to correct the case caption on his notice of appeal and merit brief.

Judgment affirmed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Lawrence E. Wilson, pro se.

Richard Cordray, Attorney General, and Thelma Thomas Price, Assistant Attorney General, for appellee.